UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 18-00010 AG (JDEx) | Date | January 16, 2018 |
|---|---|---|---|
| Title | BOBBY GRAY ET AL. v. MAS FINANCIAL SERVICES | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:　　　Attorneys Present for Defendants:

**Proceedings:　[IN CHAMBERS] ORDER TO SHOW CAUSE CONCERNING SUBJECT MATTER JURISDICTION**

"Federal courts are courts of limited jurisdiction," and they possess "only that power authorized by Constitution and statute." *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 377 (1994). Plaintiffs Bobby Gray and Tanyeal Gray invoked that limited jurisdiction when they filed a complaint against MAS Financial Services, Inc. in federal court. *See id.* ("It is to be presumed that a cause lies outside of [a federal court's] limited jurisdiction," and "the burden of establishing the contrary rests upon the party asserting jurisdiction.").

One of the asserted bases for Plaintiffs' purported claims is the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. Plaintiffs thus appear to be invoking federal question jurisdiction.

But the complaint shows that there was a previous lawsuit between the same parties that settled. (*See* Compl., Dkt. No. 1 at ¶¶ 25–34.) It also appears from the complaint that Plaintiffs' claims are essentially that Defendant breached the terms of the settlement agreement—which would make this a breach of contract case, governed by state law. (*See id.*) And if that's the case, this Court wouldn't have federal question subject matter jurisdiction. Further, since the complaint doesn't include information about the citizenship of the parties or the amount in controversy, the Court cannot determine from the face of the complaint that it would have diversity jurisdiction over this case.

"Nothing is to be more jealously guarded by a court than its jurisdiction." *See United States v. Ceja-Prado*, 333 F.3d 1046, 1051 (9th Cir. 2003) (internal quotation marks omitted).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 18-00010 AG (JDEx) | Date | January 16, 2018 |
|---|---|---|---|
| Title | BOBBY GRAY ET AL. v. MAS FINANCIAL SERVICES | | |

Accordingly, the Court ORDERS Plaintiffs to appear on **February 12, 2018 at 9:00 a.m.** to show cause why this case should not be dismissed for lack of subject matter jurisdiction.

|  |  : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |